P.O. BOX 538
HOWELL NJ 07731-0538
RETURN SERVICE REQUESTED

# BUREAU OF ACCOUNTS CONTROL

Phone: (732) 370-7047 , Fax (732) 370-0794

Creditor : BERGEN UROLOGICAL ASSOC. PA
Client No. : ▇0719
Agency No. : ▇▇▇▇▇▇▇1231
Date of Service : 08/03/2016
**Balance : $ 1025.00**

S-DNBOAC10 L-002
P9KZ7K00200522 -569466749 I00523

JOSEPH LICHTER
2 MILTON PLACE APT 202
SPRING VALLEY NY 10977-3865

February 2, 2019

Dear JOSEPH LICHTER,

We sent you a first notice setting forth your rights under the Fair Debt Collection Practice Act.  You still have time to exercise your rights.

To insure immediate credit to your account, make your check or money order payable to B.A.C. Be sure to include the bottom portion of this statement and place your Agency Number on your remittance.

This is a communication from a debt collector.  This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Very Truly Yours,

*Bureau of Accounts Control*
BAC Services, LLC
(732) 370-7047

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

( Please Detach Here and Return in the Enclosed Envelope )

Creditor : BERGEN UROLOGICAL ASSOC. PA
Account:  JOSEPH LICHTER
Agency No. : ▇▇▇▇▇▇▇1231

Client No. : ▇0719
Date of Service : 08/03/2016
**Balance Due : $ 1025.00**

To pay by Visa, MasterCard or Discover visit the on-line portal at

www.pay-bac.com

or fill in the information below and return.

Check One :   ☐ **VISA**   ☐ MasterCard   ☐ DISCOVER

BUREAU OF ACCOUNTS CONTROL
P.O. BOX 538
HOWELL NJ 07731-0538

Credit Card Number :                              Security Code:

☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐   ☐☐☐

Payment Amount: $              Expiration Date:           /

Card Holder Name        Signature of Card Holder        Date