**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Joseph Lichter, individually and on behalf of all others
similarly situated,

                          Plaintiff,

                         -against-

Bureau of Accounts Control, Inc.,

                         Defendant.

Docket No: 1:19-cv-04476-ER

**CIVIL CASE DISCOVERY PLAN**
**AND SCHEDULING ORDER**

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.     All parties [consent ☐/ do not consent ☒ ] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining Paragraphs should not be completed.)

2.     This case is ☒ is not ☐ to be tried to a jury.

3.     Joinder of additional parties must be accomplished by **October 31, 2019**.

4.     Amended pleadings may be filed until **October 31, 2019**.

5.     Interrogatories shall be served no later than **September 30, 2019**, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall ☒ shall not ☐ apply to this case.

6.     First request for production of documents, if any, shall be served no later than **September 30, 2019**.

7.     Non-expert depositions shall be completed by **December 31, 2019**.

    a.     Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b.     Depositions shall proceed concurrently.

    c.     Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8.  Any further interrogatories, including expert interrogatories, shall be served no later than **January 15, 2020**.

9.  Requests to Admit, if any, shall be served no later than **January 15, 2020**.

10. Expert reports shall be served no later than: **not applicable**.

11. Rebuttal expert reports shall be served no later than: **not applicable**.

12. Expert depositions shall be completed by: **not applicable**.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

**14.** **ALL DISCOVERY SHALL BE COMPLETED BY March 1, 2020.**

**15.** Any motions shall be filed in accordance with the Court's Individual Practices.

**16.** This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

**17.** The Magistrate Judge assigned to this case is the Hon. _____

**18.** If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

**19.** The next case management conference is scheduled for____, at____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York

_____

_____
Edgardo Ramos, U.S. District Judge