UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH LICHTER, individually and on behalf of
all others similarly situated,

                Plaintiff,                19 **CIVIL** 4476 (ER)

      -against-                **JUDGMENT**

BUREAU OF ACCOUNTS CONTROL, INC.,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated November 2, 2021, Lichter's motion for attorney's fees is GRANTED in part and DENIED in part. Specifically, the Court finds that Lichter is entitled to $750.00 in statutory damages, and $530.00 in costs. The Court finds that Lichter is further entitled to attorney's fees for the hours billed at the rates of $450 for partners Barshay and Sanders, $325 for associate Cader, $300 for associate Carvajal, $225 for associates Dudani and Abreu, and $100 for paralegal time, and at fifty percent of such rates for hours billed for travel time. Lichter has provided documentation supporting 32.8 hours billed between partners Sanders and Barshay, 58 hours billed by associate Cader, 3.3 hours billed by associate Carvajal, 2.7 of which are for travel time, 3.5 hours billed between associates Dudani and Abreu, and 4.1 hours of paralegal time. Doc. 58-1. Accordingly, the total attorney's fees to be awarded is $35,392.50, and the case is closed.

**Dated:** New York, New York
        November 3, 2021                                  **RUBY J. KRAJICK**

                                                            Clerk of Court
                                       **BY:**
                                                            Deputy Clerk